arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**Bradley PORTER, Plaintiff—Appellant**

v.

**LOWNDES COUNTY MISSISSIPPI; et al, Defendants.**

**Lowndes County Mississippi; Lowndes County Sheriff's Department; James Farris, In his individual capacity, Defendants—Appellees.**

No. 05–61107.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Jim D. Waide, III, Waide & Associates, Tupelo, MS, for Plaintiff–Appellant.

David Daniel O'Donnell, Clayton, O'Donnell & Walsh, Oxford, MS, for Defendant–Appellee.

David Daniel O'Donnell, for Defendants–Appellees.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cristobal TIRADO–CRUZ, Defendant–Appellant.**

No. 06–50190
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jeffrey S. Mahl, Del Rio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Cristobal Tirado–Cruz raises arguments that are foreclosed by *Almendarez–*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael WENCE–GALLEGOS,**
**Defendant–Appellant.**

No. 06–50038
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Rafael Wence–Gallegos raises argu-

ments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramiro HERNANDEZ–RENTERIA,**
**also known as Jose Negrete–Lopez,**
**Defendant–Appellant.**

No. 06–50107
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.